PEOPLE, Respondent, v. WOHL, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Proceeding by the People of the State of New York against Sam Wohl. No opinion. Motion for leave to argue the appeal on the typewritten minutes denied. Motion to dismiss appeal denied, upon condition that defendant perfect his appeal, place the case at the foot of the present calendar, and be ready for argument when reached; otherwise, motion granted.

---

PEOPLE, Respondent, v. WORDA, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) Proceeding by the People of the State of New York against John Worda. No opinion. Appeal dismissed upon stipulation filed.

---

PEOPLE, Appellant, v. ZAYAS et al., Respondents. (Supreme Court, Appellate Division, First Department. May 21, 1915.) Proceeding by the People of the State of New York against Hector A. Zayas and others. R. S. Johnstone, of New York City, for the People. J. F. McIntyre, G. G. Battle, N. Vidaver, and M. Deiches, all of New York City, for respondents.

PER CURIAM. Judgments and orders affirmed, on the authority of People v. Arnstein, 211 N. Y. 585. 105 N. E. 814. Order filed.

INGRAHAM, P. J., and LAUGHLIN, J., dissent.

---

PEOPLE ex rel. ARCHER, County Treasurer, Respondent, v. CITY OF YONKERS et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 28, 1915.) Proceeding by the People of the State of New York, on the relation of William Archer, as County Treasurer of Westchester County, against the City of Yonkers and Joseph Miller, as Comptroller, etc. No opinion. Order affirmed, with $10 costs and disbursements.

---

PEOPLE ex rel. B. D. PIERCE, JR., CO., Respondent, v. SOHMER, State Comptroller, et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 28, 1915.) Proceeding by the People of the State of New York, on the relation of the B. D. Pierce, Jr., Company, against William Sohmer, as Comptroller of the State of New York, and John N. Carlisle, as Commissioner of Highways of the State of New York. No opinion. Motion denied. See, also, 153 N. Y. Supp. 195.

---

PEOPLE ex rel. BRADY v. CROPSEY. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Proceeding by the People of the State of New York, on the relation of Joseph E. Brady, against Jas. C. Cropsey. No opinion. Motion granted on terms stated in memorandum per curiam. Settle order on notice. See, also, 165 App. Div. 990, 150 N. Y. Supp. 1103.

PEOPLE ex rel. BROWN v. AUSTIN et al. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Proceeding by the People of the State of New York, on the relation of Lathrop Brown, against S. Fred Austin and others, in which Frederick C. Hicks appeals. (Appeal No. 2.)

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order modified, in accordance with opinion in People ex rel. Brown v. Freisch, 153 N. Y. Supp. 277, decided herewith, and, as so modified, unanimously affirmed, without costs. Settle order before the Presiding Justice.

---

PEOPLE ex rel. BROWN v. BRUNGER et al. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Proceeding by the People of the State of New York, on the relation of Lathrop Brown, against Gustave A. Brunger, and others, in which Frederick C. Hicks appeals. (Appeal No. 3.)

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order modified, in accordance with opinion in People ex rel. Brown v. Freisch, 153 N. Y. Supp. 277, decided herewith, and, as so modified, unanimously affirmed, without costs. Settle order before the Presiding Justice.

---

PEOPLE ex rel. BROWN v. CARWENKA et al. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Proceeding by the People of the State of New York, on the relation of Lathrop Brown, against J. F. Carwenka and others, in which Frederick C. Hicks, appeals. (Appeal No. 4.)

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order modified, in accordance with opinion in People ex rel. Brown v. Freisch, 153 N. Y. Supp. 277, decided herewith, and, as so modified, unanimously affirmed, without costs. Settle order before the Presiding Justice.

---

PEOPLE ex rel. BROWN v. COZZENS et al. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Proceeding by the People of the State of New York, on the relation of Lathrop Brown, against Walter Cozzens and others, in which Frederick C. Hicks, appeals. (Appeal No. 5.)

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order modified, in accordance with opinion in People ex rel. Brown v. Freisch, 153 N. Y. Supp. 277, decided herewith, and, as so modified, unanimously affirmed, without costs. Settle order before the Presiding Justice.